No. 388.   WHEELING DOLLAR SAVINGS & TRUST CO., EXECUTOR, *v.* YOKE, COLLECTOR OF INTERNAL REVENUE. C. A. 4th Cir.   Certiorari denied.   *Charles D. Hamel, Benjamin H. Saunders* and *John Enrietto* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *L. W. Post* for respondent.

No. 390.   STOFFEL *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO.   C. A. 2d Cir.   Certiorari denied. *Victor Brudney* for petitioner.   *Edward R. Brumley* and *R. M. Peet* for respondent.

No. 392.   SIVALLS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *R. B. Cannon* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Lee A. Jackson* for the United States.

No. 395.   MEREDITH *v.* JOHN DEERE PLOW CO.   C. A. 8th Cir.   Certiorari denied.   *James Reginald Larson* for petitioner.   *Raymond A. Smith* for respondent.

No. 396.   DENNY ET AL. *v.* AUTOMOBILE INSURANCE CO.   C. A. 8th Cir.   Certiorari denied.   *Paul Barnett* for petitioners.   *Douglas Stripp* for respondent.

No. 400.   COMI *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.   *R. Palmer Ingram* for petitioner.   *Edward D. E. Rollins,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *Ambrose T. Hartman,* Assistant Attorney General, for respondent.